Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000027
06-MAR-2013
08:06 AM

NO. CAAP-13-0000027

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


RICHARD D. ECKERLE, DANIELA ECKERLE, Plaintiffs-Appellants, v.
CARLA A. LAUSTER, as Trustee of the Carla E. Lauster Trust
Dated August 25, 2003; STEVEN M. MARKS, SR.; ROBERTA L. BATES;
G. DAVID NAHUNIA; KEITH WALTER FITCH-McCONNELL; SYLVIA KAY
FITCH-McCONNELL; PAUL MICHAEL TREVITHICK; MARY KATHERINE
TREVITHICK; TROY M. TAGUMA; CALVIN B. DETWILER, III, Trustee
Under unrecorded Revocable Trust Agreement of Calvin D.
Detwiler, III, dated July 19, 2001; SUSAN DETWILER,
Trustee Under unrecorded Revocable Trust Agreement of Susan
Detwiler, dated July 19, 2001; ARCHIE COX; LAVERNE COX;
STEPHEN COX; RENETTA COX; STEVEN E. CUSTODE; KIMBERLY A.
CUSTODE; PHYLLIS GLEAN HANNON SELLENS, Trustee of the Phyllis
Sellens Trust dated May 30, 1991; ROBERT L. BATES, Trustee
of The R.L. Bates Trust dated May 30, 1991; GARY J. PRIES;
MELISSA A. PRIES; JOHN HAMPDEN MOORE and BONNIE ALYCE
SHANNON-MOORE; MARK VAN PERNIS; GARY W. VANCIL;
VAN PERNIS-VANCIL HAWAII CORPORATION, Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-045K)


ORDER APPROVING THE FEBRUARY 25, 2013
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the parties' February 25, 2013
stipulation to dismiss the appeal with prejudice, the papers in
support, and the records and files herein, it appears that the
appeal has not been docketed. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a).  The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, March 6, 2013.

Chief Judge

Associate Judge

Associate Judge